UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
---

LARRY A. BRATTON,

                                   Plaintiff,

           -against-                      9:02-CV-1557

GLENN S. GOORD, Commissioner of
Corrections; M. WILLIAMS, Superintendent
of Willard Drug Treatment Campus; KETCHUM,
Counselor; SMITH, Parole Officer; STONE,
Counselor; THOMAS, Counselor; BOUCHARD,
Counselor; LICHAK; MIKULSKI, Network
Administrator; SHAW, Sergeant;

                                  Defendants.
---

ORDER

HOOD, D. J.:[*]

    This matter is before the Court on Plaintiff's motion for Order imposing sanctions [Dkt. # 106]. Also pending before the Court is Plaintiff's motion for partial summary judgment [Dkt. # 57] and Defendants' cross motion for summary judgment [Dkt. # 74], the latter of which is not yet ripe for review.

    Having considered the arguments of the parties, the Court disagrees with Plaintiff that Defendants have failed to provide full and complete responses to Plaintiff's discovery demands. Moreover, the Court *again* emphasizes the need to resolve the pending motions sooner rather than later. The instant motions for

---

[*] Joseph M. Hood, United States District Judge for the Eastern District of Kentucky, sitting by designation.

summary judgment have been pending for some time, and the Court will not tolerate any further unjustified delay.

Accordingly,

**IT IS ORDERED:**

(1) that Plaintiff's motion for Order imposing sanctions [Dkt. # 106] be, and the same hereby is, **DENIED**; and

(2) that Plaintiff's deadline for filing a response to Defendants' cross motion for summary judgment **SHALL REMAIN April 20, 2005.**

Dated: April 11, 2005

                                            Joseph M. Hood
                                            United States District Judge