UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
---

LARRY A. BRATTON,

         Plaintiff,

  -against-           9:02-CV-1557

GLENN S. GOORD, Commissioner of
Corrections; M. WILLIAMS, Superintendent
of Willard Drug Treatment Campus; KETCHUM,
Counselor; SMITH, Parole Officer; STONE,
Counselor; THOMAS, Counselor; BOUCHARD,
Counselor; LICHAK; MIKULSKI, Network
Administrator; SHAW, Sergeant;

         Defendants.
---

**ORDER**

HOOD, D. J.:*

  Having been authorized to sit by designation in the Northern District of New York and being otherwise sufficiently advised,

  **IT IS ORDERED** that the above-styled cause of action be, and the same hereby is, **REASSIGNED** to Chief Judge Frederick J. Scullin, Jr. for subsequent reassignment.

Dated: April 12, 2005

                 /s/ Joseph M. Hood
                 Joseph M. Hood
                 United States District Judge

---

*Joseph M. Hood, United States District Judge for the Eastern District of Kentucky, sitting by designation.